

**Entered on Docket
May 28, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
08-74469 / 0200931772

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-16172-lbr |
| Raymond Martinez and Mary F. Martinez | Date:  2/18/09<br>Time:  10:30 a.m. |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on April 2, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, N.A. its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 2149 La Sombra Street , Las Vegas NV and legally described as follows:

Lot Four (4) in Block One (1) of CHARLESTON HEIGHTS 51-A4, as shown by Map thereof on file in Book 35 of Plats, page 17, in the office of the County Recorder of Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2009.

Submitted by:
Wilde & Associates
　　　/s/ Gregory L. Wilde
By_____
　　**GREGORY L. WILDE, ESQ.**
　　Attorney for Secured Creditor
　　208 South Jones Boulevard
　　Las Vegas, Nevada 89107